452

## No. 27181

### In Re Senate Resolution No. 9

(548 P.2d 602)

Decided April 16, 1976.

*PER CURIAM*

The court respectfully declines to render an opinion answering the interrogatories propounded by Senate Resolution No. 9 of the Second Regular Session of the 50th General Assembly of Colorado. Our reasons are as follows:

We know of no case in which this court has answered interrogatories concerning the validity or construction of a statute which has already been adopted. "[L]egislative questions must be connected with pending legislation." *In the Matter of the Constitutionality of Senate Bill No. 65*, 12 Colo. 466, 21 P. 478 (1889). *See* also *In re House Resolution No. 12*, 88 Colo. 569, 298 P. 960 (1931); *In re Interrogatories of the House of Representatives*, 62 Colo. 188, 162 P. 1144 (1916); *In re Senate Resolution*, 54 Colo. 262, 130 P. 333 (1913); *In re Senate Bill No. 416*, 45 Colo. 394, 101 P. 410 (1909); and *In re University Fund*, 18 Colo. 398, 33 P. 415 (1893). We conclude that we should not depart from precedent.

Difficult issues are involved which should be considered only in an adversary setting. *See In re Interrogatories Propounded by the Senate Concerning House Bill 456*, 131 Colo. 389, 281 P.2d 1013 (1955); and *In re Interrogatories of the Governor*, 111 Colo. 406, 141 P.2d 899 (1943).

MR. CHIEF JUSTICE PRINGLE and MR. JUSTICE DAY do not participate.